```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```
_____

| | |
|---|---|
| **CHRISTOPHER SCHAFFERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    No. 2:23-cv-2797-TLP-tmp |
| | ) |
| **METHODIST LEBONHEUR, ET AL.,** | ) |
| | ) |
| **Defendants.** | ) |

_____

### ORDER DIRECTING PLAINTIFF TO FILE A PROPERLY COMPLETED *IN FORMA PAUPERIS* AFFIDAVIT OR PAY THE CIVIL FILING FEE
_____

On December 19, 2023, plaintiff Christopher Schaffers, a resident of Memphis, Tennessee, filed a *pro se* civil complaint. (ECF No. 1.) However, plaintiff neglected to pay the $405.00 civil filing fee or submit a properly completed application to proceed *in forma pauperis*.

Federal law provides that the clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $405. 28 U.S.C. § 1914(a). To ensure access to the courts, however, 28 U.S.C. § 1915(a) permits in indigent plaintiff to avoid payment of filing fees by filing an *in forma pauperis* affidavit. Under that section, the Court must conduct a satisfactory inquiry into the plaintiff's ability to pay the filing fee and prosecute the lawsuit. A plaintiff seeking *in*

*forma pauperis* standing must respond fully to the questions on the Court's *in forma pauperis* form and execute the affidavit in compliance with the certification requirements contained in 28 U.S.C. § 1746. See, e.g., Reynolds v. Fed. Bureau of Prisons, 30 F. App'x 574 (6th Cir. 2002); Broque v. Fort Knox Fed. Credit Union, No. 86-1896, 1997 WL 242032 (6th Cir. May 8, 1997).

Therefore, the plaintiff is ORDERED to file a non-prisoner *in forma pauperis* affidavit or pay the civil filing fee within thirty (30) days after the date of this order. The Clerk is directed to send plaintiff a copy of the non-prisoner *in forma pauperis* affidavit along with this order. Failure to comply in a timely manner with this order will result in dismissal of this action without further notice pursuant to the Local Rules and Federal Rules of Civil Procedure.

IT IS SO ORDERED this 21st day of December, 2023.

                                           s/Tu M. Pham
                                           TU M. PHAM
                                           CHIEF UNITED STATES MAGISTRATE JUDGE